STATE of Missouri, Respondent,

v.

Jerry OUSLEY, Appellant.

ED 102574

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: February 16, 2016

Andrew E. Zleit, Office B/Area 68, 1100 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Rachel Flaster, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Jerry Ousley appeals from his conviction, following a jury trial, of one count of forcible rape, in violation of Section 566.030, RSMo (2000). Defendant was sentenced to twenty-five years in prison. We have reviewed the briefs of the parties and the record on appeal and find no error

of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).